IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:26-cv-00155-CNS

GEORGE BRAUCHLER, in his individual and official capacities,
DARREN WEEKLEY, in his official capacity,

    Plaintiffs,

v.

JARED POLIS, in his official capacity as Governor of Colorado,
PHILIP J. WEISER, in his official capacity as Attorney General of Colorado,
STAN HILKEY, in his official capacity as Executive Director of the Department of Public Safety, and
MATT LUNN, in his official capacity as Director of the Division of Criminal Justice,

    Defendants.

---

## ORDER OF RECUSAL

---

Title 28 U.S.C. § 455(a) requires that a judge disqualify herself in certain circumstances in which her impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276 (10th Cir. 2000).

I conclude that I must recuse myself from further participation in this case. Accordingly, it is ORDERED that:

(1) I recuse myself from further participation in this matter;

(2) The Clerk of the Court shall reassign this case to another District Judge.

Dated this 15th day of January 2026.

BY THE COURT:

_____
Charlotte N. Sweeney
United States District Judge